UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL TERRY PECK,

Plaintiff,

v.

CYNTHIA LYNN PECK, et al

Defendants.

ORDER OF DISMISSAL

Civil No. 00-714(ADM/AJB)

---

Based upon the Stipulation of the parties and counsel and having reviewed the terms of such Stipulation of Voluntary Dismissal and all the files and records herein IT IS HEREBY ORDERED that defendant Mike Hatch, Attorney General, State of Minnesota is DISMISSED from this matter.

Dated: April 19, 2000

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED 4-20-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

==========================================================================

Michael Terry Peck,

Plaintiff Pro Se,

vs.

Cynthia Lynn Peck and
J. Peter Wolf,

Co-Defendants,

and

The Honorable Mike Hatch
Attorney General of Minnesota
Human Services Division,

Nominal Defendant
for the sole purpose of defending the constitutionality of Minnesota State Statutory Provisions.

**STIPULATION FOR VOLUNTARY DISMISSAL OF ATTORNEY GENERAL AS NOMINAL PARTY DEFENDANT**

Case Number: 00-CV-714 ADM/AJB

==========================================================================

The Pro Se Plaintiff, Michael Terry Peck, and Nominal Defendant, Mike Hatch, Attorney General for the State of Minnesota, have agreed to set aside their differences in regard to the Amended Complaint in this matter filed with the District Court on March 31, 2000.

The above-referenced parties do hereby Stipulate and Agree that Mike Hatch, Attorney General, State of Minnesota should be dismissed as Nominal Party Defendant in this matter.

The above-referenced parties further agree that should the Attorney General for the State of Minnesota desire to intervene in this case at some future date, he may do so with the full consent of the Pro Se Plaintiff, and without the necessity of petitioning the Court for leave or permission to do so under the Rules of Civil Procedure for United States District Courts.

Michael T. Peck 4/17/00

Michael Terry Peck
Pro Se Plaintiff
3000 South Highway 100 #301
Minneapolis, MN 55416
(612) 730-9283 or 922-3072

Mark B. Levinger

Mark B. Levinger
Assistant Attorney General
Manager, Civil LItigation and
Public Utilities DIvision
Suite 1100
445 Minnesota Street
St. Paul, MN 55101-2128
(651) 282-5700