**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICHAEL TERRY PECK, Civil No. 00-714 ADM/AJB

Plaintiff,

v. **ORDER**

CYNTHIA LYNN PECK, ET AL.,

Defendants.

Upon examination of the file in this matter and the documents contained therein, the Court has determined that more than 60 days have elapsed since suit was filed. The Federal Rules of Civil Procedure and the Local Rules of this District require that an Answer or other pleading be filed. The Court does not permit counsel to extend the time for filing an Answer or other pleading by agreement, although an initial motion for extension of time will be favorably considered by the Court in the absence of any objection by opposing counsel.

Accordingly, Plaintiff is directed to:

1. Immediately notify defendants or defense counsel of the requirement that counsel appear by filing the pleading or move for an extension of time for filing;

2. Advise the Court as to the last known address of each remaining defendant;

3. Advise the Court in writing if good cause exists for noncompliance with the terms of this Order.

Unless Plaintiff complies with this Order within 30 days of this date, this case will be dismissed for lack of prosecution.

Dated: 9/29/00

Arthur J. Boylan
United States Magistrate Judge

FILED SEP 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________