**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Michael Terry Peck,

Plaintiff,

Civil No. 00-714 (ADM/AJB)

v.

Cynthia Lynn Peck,
and J. Peter Wolf,

Defendants.

**NOTICE OF DEFAULT HEARING**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, for review of case status and determination on whether plaintiff Michael Terry Peck may be entitled to any relief by default judgment. The Court's file indicates that defendants have been served but have not filed answers to the complaint.

**IT IS HEREBY ORDERED THAT** hearing in this matter shall be held on February 20, 2001, at 638 U.S. Courthouse, 316 No. Robert St., St. Paul, Minnesota, for purposes of determining whether plaintiff has requested any relief which can be granted by this Court and whether plaintiff is entitled to default judgment against the defendants. **IT IS FURTHER ORDERED THAT** plaintiff shall provide notice of this hearing and opportunity to be heard to each of the defendants on or before February 13, 2001. Notice to defendants may be by U.S. mail.

Dated: 1/29/01

Arthur J. Boylan
United States Magistrate Judge

FILED JAN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK