UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL TERRY PECK,

Plaintiff,

v.

CYNTHIA LYNN PECK, et al,

Defendants.

ORDER

Civil No. 00-714(ADM/AJB)

Based upon the Stipulation of the parties and counsel and having reviewed the terms of such Stipulation of Voluntary Dismissal and all the files and records herein IT IS HEREBY ORDERED that this matter is dismissed pursuant to Rule 41(a)(1) of the Rules of Civil Procedure.

Dated: February 20, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FEB 20 2001

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michael Terry Peck,

Plaintiff Pro Se,

vs.

Cynthia Lynn Peck and
J. Peter Wolf,

Co-Defendants,

STIPULATION FOR
VOLUNTARY DISMISSAL

Case Number: 00-CV-714 ADM/AJB

ATTORNEY FOR PLAINTIFF:
Michael T. Peck, Pro Se
3000 South Highway 100, #301
Minneapolis, MN 55416
(612) 730-9283 Cell Phone, or
(612) 922-3072 as of 3/18/00

ATTORNEYS FOR DEFENDANT(S):
J. Peter Wolf, I.D. Number 11845X
Wolf & Rohr, P.A., Attorneys
960 Norwest Tower
55 East Fifth Street
St. Paul, MN 55102
(651) 222-6341

The undersigned parties to the above-entitled action do hereby stipulate and agree that the underlying state court divorce action scheduled for trial on December 7, 2000 in Dakota County District Court, State of Minnesota, was amicably settled exactly two days before the start of trial after the taking of four discovery depositions including that of Cynthia Lynn Peck.

The parties do further stipulate and agree that the Plaintiff, Michael T. Peck, pledged at the time of the settlement to draft a Stipulation of Dismissal of the action brought in this Court pursuant to 42 U.S.C. 1983.

Wherefore the parties do hereby agree to put aside all of their differences and seek an Order of this Honorable Court dismissing said action commenced by the Plaintiff against these named Defendants pursuant to Rule 41 of The Rules of Civil Procedure for United States District Courts.

The parties do finally stipulate that such dismissal agreement shall be without taxation of any costs or disbursements; nor assessment of attorney fees against any party to this action.

WHEREFORE, the above-referenced parties to hereby pray for an Order of this Court in conformity with this Stipulation for Dismissal Agreement pursuant to Rule 41.

Dated: February 19, 2001.

Michael T. Peck
1138 Sylvandale Road
Mendota Heights, Minnesota 55118
(651) 552-0847

Cynthia Lynn Peck
1138 Sylvandale Road
Mendota Heights, Minnesota 55118
(651) 552-0847

J. Peter Wolf
Attorney Registration No. 11845X
WOLF & ROHR, P.A., Attorneys
960 Norwest Tower
55 East Fifth Street
St. Paul, Minnesota 55102
(651) 222-6341